Case 3:07-cr-01231-NVW   Document 21   Filed 05/13/08   Page 1 of 2

X FILED ___ LODGED
___ RECEIVED ___ COPY

MAY 0 9 2008

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-07-01231-001-PCT-NVW |
| Plaintiff, | |
| vs. | |
| Ren Bruce Yazzie, | **ORDER** |
| Defendant. | |

A pretrial revocation hearing on the Petition to Revoke Conditions of Release was held on May 8, 2008.

**THE COURT FINDS** that the Defendant knowingly, intelligently, and voluntarily waives his right to a revocation hearing pursuant to Title 18, U.S.C. § 3148.

**THE COURT FURTHER FINDS** that by clear and convincing evidence that the Defendant has violated the terms and conditions of his pretrial release by consuming alcoholic beverages.

**THE COURT FURTHER FINDS** that it is unlikely that the Defendant would abide by any conditions or combination of conditions of release, which include no consumption of alcohol.

1  **IT IS ORDERED** that the Defendant shall remain detained pending further order of
2  the court.

4  DATED this 9th day of May, 2008.

Lawrence O. Anderson
United States Magistrate Judge